1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   KENNETH STANFORD,                )    No. CV 08-2189-CW
                                      )
13                Petitioner,         )    JUDGMENT
                                      )
14           v.                       )
                                      )
15   FEDERAL BUREAU OF PRISONS,       )
                                      )
16                Respondent.         )
     _____)
17
18
19        **IT IS ADJUDGED** that this petition is denied and dismissed with
20   prejudice.
21
22   DATED:   October 7, 2008
23
24                                        _____/s/_____
                                              CARLA M. WOEHRLE
25                                        United States Magistrate Judge
26
27
28